1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-00530---SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT U-HAUL CO. OF CALIFORNIA ONLY WITHOUT PREJUDICE;  ORDER** |
| vs. | |
| U-HAUL CO. OF CALIFORNIA, a California corporation, et al., | |
| Defendants. | |

1

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants U-Haul Co. of California, a California corporation; and Lloyd Lister dba Lister's Auto Repair and Rentals, the parties who have appeared in this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that **only Defendant U-Haul Co. of California, a California corporation**, be dismissed from the above-captioned action **without prejudice**.

Date: June 25, 2014                         MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Ronald Moore

                                            ALSTON & BIRD LLP


                                            */s/ Ryan T. McCoy*
                                            Ryan T. McCoy
                                            Attorneys for Defendant
                                            U-Haul Co. of California, a California corporation


                                            */s/ H. Wayne Green*
                                            H. Wayne Green
                                            Attorney for Defendant
                                            Lloyd Lister dba Lister's Auto Repair and Rentals

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that **only Defendant Haul Co. of California, a California corporation**, be dismissed from the above-captioned action **without** prejudice.

**IT IS SO ORDERED**.

Dated:  June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT