Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      vs.<br><br>U-HAUL CO. OF CALIFORNIA, a California corporation, et al.,<br><br>           Defendants. | No.  1:14-cv-00530-MCE-SMS<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on August 29, 2014, as permitted by Chapman v. Pier 1 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice the remaining Defendants, Lloyd Lister dba Lister's Auto Repair and Rentals; Clovis Apartment Group, L.L.C., an Arizona limited liability company; and Garold C. Brown Family Limited Partnership, a California limited partnership (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

**WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Amended Pretrial Scheduling Order dated September 15, 2014 (Dkt. 30) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  December 2, 2014                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Ronald Moore

JACOBSON & McELROY PC


*/s/ LeeAnn E. Whitmore*
Eileen T. Booth
LeeAnn E. Whitmore
Attorneys for Defendant,
Lloyd Lister dba Lister's Auto Repair and Rentals

VAUGHAN & ASSOCIATES


*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorney for Defendants,
Clovis Apartment Group, L.L.C., an Arizona limited liability company; and Garold C. Brown Family Limited Partnership, a California limited partnership

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT