Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LLOYD LISTER dba LISTER'S AUTO REPAIR & RENTALS, et al.,<br><br>　　　　　Defendants. | No.  1:14-cv-00530-MCE-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Lloyd Lister dba Lister's Auto Repair & Rentals; Clovis Apartment Group, L.L.C., an Arizona limited liability company; and Garold C. Brown Family Limited Partnership, a California limited partnership, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 13, 2015　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Ronald Moore

| | | |
|---|---|---|
| 1 | Date: May 13, 2015 | JACOBSEN & McELROY PC |
| 2 | | |
| 3 | | */s/ LeeAnn E. Whitmore* |
| 4 | | LeeAnn E. Whitmore<br>Attorneys for Defendant |
| 5 | | Lloyd Lister dba Lister's Auto Repair & Rentals |
| 6 | Date: May 26, 2015 | VAUGHAN & ASSOCIATES |
| 7 | | |
| 8 | | */s/ Cris C. Vaughan*<br>Cris C. Vaughan |
| 9 | | Attorneys for Defendants |
| 10 | | Clovis Apartment Group, L.L.C., an Arizona<br>limited liability company; and Garold C. Brown |
| 11 | | Family Limited Partnership, a California limited<br>partnership |

**ORDER**

The parties having so stipulated, it is hereby ordered that this action is DISMISSED with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  May 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT